ANN WALSH BRADLEY, J.
¶ 80. {concurring). I join the majority opinion in concluding that even if Deadwiller's rights under the Confrontation Clause were violated, the error here is harmless. Majority op., ¶ 3. Therefore I join Section III.B of the majority opinion.
¶ 81. However, for the reasons set forth in Section I of the concurring opinion, I cannot join the majority's discussion of Williams v. Illinois, 132 S. Ct. 2221 (2012) or its application of Williams to this case. See majority op, ¶¶ 20-35; Chief Justice Abrahamson's Concurrence, ¶¶ 52-65. Therefore I join Section I of the concurring opinion. Accordingly, I respectfully concur.